**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| OCEANCONNECT MARINE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> M/V COREFORTUNE OL (IMO No. 9511014), its engines, tackle, and apparel, etc. <br><br> Defendant *IN REM*. | IN ADMIRALTY <br><br> No. 3:19-cv-06166 <br><br> **VERIFIED COMPLAINT *IN REM* FOR WARRANT OF ARREST UNDER SUPPLEMENTAL ADMIRALTY AND MARITIME RULE C** |

Plaintiff OceanConnect Marine UK, Ltd. ("Plaintiff" or "OceanConnect Marine"), through its undersigned counsel, files this Verified Complaint against Defendant M/V COREFORTUNE OL *in rem* and pleads and alleges as follows:

**JURISDICTION AND VENUE**

1. This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h) as it involves claims for enforcement of a maritime lien and for unjust enrichment.

2. This action also falls within this Court's admiralty and maritime jurisdiction under 28 U.S.C. § 1333, 46 U.S.C. § 31342, and Rule C of the Supplemental Rules of

VERIFIED COMPLAINT IN REM FOR
WARRANT OF ARREST – Page 1

{29318-00567864;3}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

Certain Admiralty and Maritime Claims ("Supplemental Rule[s]") for arrest of the Defendant Vessel M/V COREFORTUNE OL.

3.     On information and belief, the Vessel will be or is present in navigable waters within the jurisdiction of this Court during the pendency of this action, and therefore, venue is proper pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4.     Plaintiff OceanConnect Marine is a private limited company organized and existing under the laws of the United Kingdom.

5.     Defendant M/V COREFORTUNE OL, IMO No. 9511014, its engines, tackle, and apparel, defendant *in rem* (the "Vessel" or "M/V COREFORTUNE OL") is a Panamanian flag vessel.

## FACTS

6.     This is an action in admiralty, *in rem*, to enforce a maritime lien for necessaries on Defendant Vessel M/V COREFORTUNE OL, including without limitation all of its engines, machinery, tools, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to the Vessel, whether on board or not.

7.     This lien arises from the delivery of necessaries to the Vessel pursuant to 46 U.S.C. § 31342.

8.     In late April, early May 2019, Dry Bulk Singapore Pte Limited (hereinafter "Dry Bulk"), a charterer of the M/V COREFORTUNE OL and therefore in lawful possession of the vessel, contacted OceanConnect Marine for the sale of marine fuel to the Vessel.

VERIFIED COMPLAINT IN REM FOR
WARRANT OF ARREST – Page 2

{29318-00567864;3}

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

OceanConnect Marine offered a price for the marine fuels needed and Dry Bulk accepted the offer.

9. OceanConnect Marine memorialized the sales contract in a Marine Fuel Nomination sent to Dry Bulk on or about May 13, 2019, which confirmed Dry Bulk's desire to effect the bunkering of the M/V COREFORTUNE and confirmed the Terms and Conditions of sale. Attached as **Exhibit 1** is a true and correct copy of the Marine Fuel Nomination. Among other things, the Nomination confirms Dry Bulk's "payment will be made within 30 day(s) After Delivery Date against the presentation of invoice." The Nomination also confirms that "[t]he supply will be made not only on the credit of the buyer, but also on the faith and credit of the vessel itself" and that "U.S. maritime law governs this contract, and the parties agree to U.S. jurisdiction. *Id.*

10. In addition to the Terms and Conditions specifically included in the Nomination, OceanConnect Marine's General Terms and Conditions were incorporated by reference. Attached as **Exhibit 2** is a true and correct copy of those general Terms and Conditions. The following provisions are included in the Terms and Conditions:

10.1 Section 9.01, titled "Liens" provides, in part: "the Product [marine fuel] is supplied upon the faith and credit of the Vessel." The provision continues: "It is agreed and acknowledged that a maritime lien against the Vessel is thereby created for…all amounts owed by Buyer [Dry Bulk] to the Company [OceanConnect Marine] for supplying the Product to the Vessel and that such maritime lien may be enforced in any court of competent jurisdiction."

10.2 Section 9.01 also confirms Dry Bulk has authority to bind the owner of the vessel: "The Buyer [Dry Bulk], if not the Owner of the Vessel, hereby expressly

VERIFIED COMPLAINT IN REM FOR
WARRANT OF ARREST – Page 3

{29318-00567864;3}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

warrants that Buyer has the authority of the owner to pledge the Vessel's credit as aforesaid and that he has given notice of the provisions of this Clause to the Owner."

10.3    Section 16.04 confirms the contract "is subject to U.S. Maritime law" and that "each of the Parties hereby irrevocably submits to the exclusive jurisdiction of the courts of the United States of America and waives any objection to such forum based upon forum non conveniens or venue."

10.4    Section 16.09, titled "Attorneys' Fees" provides: "The Company [OceanConnect Marine] is entitled to recover attorney's fees and expenses in the event of prosecution of claim for non-payment of liquidated damages or for Product supplied."

11.    On or about June 5, 2019, OceanConnect Marine confirmed and finalized the amount of fuel to be provided—approximately 550 MT of Intermediate Fuel Oil and 30 MT of Marine Gas Oil (collectively referred to as "bunkers")—and confirmed with Dry Bulk the specifics of the sale, including, the total price based on the confirmed quantities, the location of delivery, and named the supplier that would physically deliver the fuel, Cepsa Marine Fuels SA. ("Cepsa").

12.    On or about June 7, 2019, Cepsa, on behalf of OceanConnect Marine, delivered the fuel bunkers to the M/V COREFORTUNE OL at the Port of Gibraltar as contracted.  Upon delivery, the chief engineer of the M/V COREFORTUNE OL signed the Bunker Delivery Note on behalf of the M/V COREFORTUNE OL and its owners.  Attached as **Exhibit 3** is a true and correct copy of the Bunker Delivery Note.

13.    On June 13, 2019, OceanConnect Marine issued the fuel invoice totaling USD $243,642.48 to Dry Bulk as "Charterers of the COREFORTUNE OL."  Despite repeated

VERIFIED COMPLAINT IN REM FOR
WARRANT OF ARREST – Page 4
{29318-00567864;3}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

demand, the invoice remains unpaid. Attached as **Exhibit 4** is a true and correct copy of the invoice for fuel delivery to the M/V COREFORTUNE OL. As of the date of this filing, payment remains outstanding in the amount of USD $243,642.48, not including interest.

## COUNT I – UNJUST ENRICHMENT

14. OceanConnect Marine realleges and incorporates the foregoing paragraphs.

15. OceanConnect Marine provided and paid for goods and services that were accepted by and benefited Defendant Vessel M/V COREFORTUNE OL. The Vessel received the bunker fuel from OceanConnect Marine's fuel supplier Cepsa, and the bunker fuel was necessary to the Vessel's operations. The Vessel benefited from and was enriched by the provision of the bunker fuel, including but not limited to, the fact that the bunker fuel enabled the Vessel to continue to operate, to receive cargo, and to earn freights.

16. Despite this benefit provided to the Vessel, OceanConnect Marine was not paid. The Vessel therefore was unjustly enriched.

## COUNT II - MARITIME LIEN

17. OceanConnect Marine realleges and incorporates the foregoing paragraphs.

18. During all relevant times set forth herein, Dry Bulk was both in lawful possession and a lawful operator of the M/V COREFORTUNE OL and the Vessel was in navigation.

19. The contractual and legal issue of the Vessel's unjust enrichment properly falls under admiralty jurisdiction.

20. OceanConnect Marine relied on the good faith and credit of the Vessel when contracting for the sale of marine fuel to the M/V COREFORTUNE OL and its ultimate delivery to the Vessel.

VERIFIED COMPLAINT IN REM FOR
WARRANT OF ARREST – Page 5

{29318-00567864;3}

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

21. 46 U.S.C. §§ 31341-31343 and §31301(4) provide for maritime liens for "necessaries," a term that legally means "any item which is reasonably needed for the venture in which the ship is engaged," including those that "enable her to perform her particular function." *Foss Launch Tug Co. v. Char Ching Shipping, USA*, 808 F.2d 697, 699 (9th Cir. 1987). Marine fuel is a necessary as it is reasonably needed to propel the vessel through the water.

22. As lawful operator of the Vessel, Dry Bulk had actual authority and/or presumed authority to procure necessaries for the M/V COREFORTUNE OL. To that end, OceanConnect Marine contracted with an officer or agent appointed by Dry Bulk, a charterer, to handle the Vessel's fuel needs. *See* **Exhibit 2**, § 901 (actual authority); 46 U.S.C. § 31341(a)(4)(B) (presumed authority).

23. The marine fuel was delivered to the Vessel. Upon delivery of the fuel, the chief engineer of the M/V COREFORTUNE OL personally signed the Bunker Delivery Note (**Exhibit 3**) on behalf of the Vessel and its owners.

24. Based on 46 U.S.C. § 31341, 46 U.S.C. § 31342, and Supplemental Rule C, OceanConnect Marine has a maritime lien on the vessel because it provided necessaries to the M/V COREFORTUNE under a marine fuel contract with Dry Bulk, her lawful possessor and operator. Moreover, these necessaries were accepted on the order of the chief engineer, a Vessel officer, appointed by the Vessel's owner. Payment for the marine fuel necessaries remains outstanding.

///

///

VERIFIED COMPLAINT IN REM FOR
WARRANT OF ARREST – Page 6

{29318-00567864;3}

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**PRAYER FOR RELIEF**

Wherefore, OceanConnect Marine prays for relief against the *in rem* Defendant Vessel as follows:

1. That this Court enter judgment *in rem* against the Vessel M/V COREFORTUNE OL, including without limitations all of its engines, machinery, tools, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to the Vessel, whether on board or not, and order that OceanConnect Marine's claims of at least $243,642.48, plus pre-judgment interest, post-judgment interest, contractual fees, and attorney fees and costs thereon as allowed by the parties contract and by law;

2. The Clerk of this Court issue a warrant for arrest of the vessel M/V COREFORTUNE OL, commanding the United States Marshal for this district to arrest and take into custody the Defendant Vessel and detain the same in his custody or that of a substitute custodian until further order of this Court;

3. The Court find that OceanConnect Marine holds a valid maritime lien against the vessel M/V COREFORTUNE OL and its engines, appurtenances, furnishings, machinery, and equipment as provided by 46 U.S.C. § 31342, and by federal law construing the statute;

4. The Court hold that at the sale of the vessel M/V COREFORTUNE OL, OceanConnect Marine may credit bid without cash deposit the amount due and owing up to the full amount thereof;

VERIFIED COMPLAINT IN REM FOR
WARRANT OF ARREST – Page 7

{29318-00567864;3}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1    5.    The Court award OceanConnect Marine its attorney fees, costs, and other expenses incurred in connection with this proceeding, including without limitations, all costs incurred *in custodial legis* as may be established at trial or otherwise awarded; and

6.    The Court grant such other legal and equitable relief as this Court deems just and proper.

DATED this 5th day of December, 2019.

LE GROS BUCHANAN & PAUL

By: *s/Eric R. McVittie*
By: *s/Mary C. Butler*
  Eric R. McVittie, WSBA #20538
  Mary C. Butler, WSBA #44855
  4025 Delridge Way SW, Suite 500
  Seattle, WA 98106-1271
  Phone: (206) 623-4990
  Fax: (206) 467-4828
  Email: emcvittie@legros.com
  mbutler@legros.com

Attorneys for Plaintiff OceanConnect Marine UK Ltd.

VERIFIED COMPLAINT IN REM FOR WARRANT OF ARREST – Page 8

{29318-00567864;3}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## VERIFICATION OF COMPLAINT

I, William George Wakeling, am over the age of eighteen and competent to testify. I am a representative of Plaintiff OceanConnect Marine UK Ltd. in the above-entitled matter and am authorized to act on the company's behalf. I have read the foregoing Verified Complaint and exhibits thereto and know the contents thereof. I believe the matters to be true based on the documents and information obtained from employees and representatives of the Plaintiff through its agents, underwriters, and attorneys. I make this representation to the Court based on my position as a Director of Plaintiff. This verification on behalf of Plaintiff is provided under Local Admiralty Rule 105.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5th, 2019 in London (city), United Kingdom (country).

Signature: _____

Print Name: William George Wakeling

VERIFIED COMPLAINT IN REM FOR
WARRANT OF ARREST – Page 9
{29318-00567864;3}

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990