# EXHIBIT 4



The Old Trading House  
15 Northburgh Street, 3rd Floor  
LONDON  EC1V 0JR  
UK Office: +44 207 553 6700 / Fax No : +44 20 7900 3331  
US Office: +1646 949 2611  / Korea Office: +82 2 754 8970  

| Invoice No | : INCB00005982 |
|---|---|
| Invoice Date | : 13-Jun-2019 |
| Trade Ref No | : 40019665 |
| Buyer's Ref No | : |
| Vessel /Ship To | : Corefortune OL |
| Port/Location | : Gibraltar |
| BL / Delivery Date | : 7-Jun-2019 |
| Payment Terms | : 30 DAYS FROM DELIVERY |
| Due Date | : 7-Jul-2019 |
| Our VAT No | : GB 109 5204 36 |

Master and/or Owners and/or Operators and/or Charterers of Corefortune OL  
Dry Bulk Singapore Pte Limited  
1 Robinson Road, 17-11, AIA Tower  
SINGAPORE  
Singapore 048542  

| Description | Quantity | Unit | Unit Price/US $ | Per Unit | Amount US $ |
|---|---|---|---|---|---|
| RMG 380 - Sul max 3.50% (ISO 2010) | 550.128 | MT | 410.0000 | MT | 225,552.48 |
| MGO DMA Gas oil - (ISO 2010) | 30.000 | MT | 603.0000 | MT | 18,090.00 |

Invoice amount must be paid free and clear of any deductions  
Late payment is subject to interest charges at 2% per month pro-rated daily  

**Invoice Total**   US $243,642.48

Comments:

This transaction is subject to the Terms & Conditions of sales set forth at https://www.oceanconnectmarine.com/standard_terms_and_conditions.htm  
We assume this invoice to be correct unless we receive written notice from you within 14 days from the invoice date

**Payment Instructions for Wire Transfer:**

| Ultimate Beneficiary | : | **OceanConnect Marine UK Ltd** | | | |
|---|---|---|---|---|---|
| Beneficiary Account Number | : | **0041162710** | IBAN NUMBER | : | **GB20CHAS60924241162710** |
| Beneficiary Bank | : | **JP MORGAN CHASE BANK, LONDON** | Swift Code | : | **CHASGB2L** |
| Intermediary Bank | : | **JP MORGAN CHASE N.A., NEW YORK** | Swift Code | : | **CHASUS33** |

**Please Quote Invoice Reference for each remittance**