UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OCEANCONNECT MARINE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> M/V COREFORTUNE OL (IMO No. 9511014), its engines, tackle and apparel, etc. <br><br> Defendant *IN REM*. | IN ADMIRALTY <br><br> No. 3:19-cv-06166 <br><br> **EMERGENCY MOTION TO ISSUE WARRANT FOR ARREST OF VESSEL** |

Plaintiff OceanConnect Marine UK, Ltd. (hereinafter "Plaintiff" or "OceanConnect") respectfully moves this Court, pursuant to Fed. R. Civ. P. Supplemental Rule C (3) for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule") to authorize the arrest of the vessel M/V COREFORTUNE OL, IMO No. 9511014 to enforce Plaintiff's maritime lien.

Supplement Rule C establishes the basis for the vessel arrest: "[a]n action in rem may be brought: (a) [t]o enforce any maritime lien…" and "the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is the subject of the action." Supplemental Rule C(1)(a) and C(3)(a). *See also* Local Admiralty Rule 116.

EMERGENCY MOTION TO ISSUE WARRANT FOR
ARREST OF VESSEL – Page 1
Case No. 3:19-cv-06166
{29318-00311823;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

As established by Plaintiff's Verified Complaint and attached exhibits (Dkt. 1) and the Declaration of Mary C. Butler, which are incorporated here by reference, Plaintiff holds a maritime lien on the defendant vessel M/V COREFORTUNE OL, IMO 9511014, for necessaries Plaintiff provided to the vessel and for which no payment has been received.

DATED this 5th day of December, 2019.

LE GROS BUCHANAN & PAUL

*s/ Eric R. McVittie*
*s/ Mary C. Butler*
Eric R. McVittie, WSBA #20538
Mary C. Butler, WSBA #44855
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Fax: (206) 467-4828
Email: emcvittie@legros.com
mbutler@legros.com

Attorneys for Plaintiff OceanConnect Marine UK Ltd.

EMERGENCY MOTION TO ISSUE WARRANT FOR ARREST OF VESSEL – Page 2
Case No. 3:19-cv-06166
{29318-00311823;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990