**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| OCEANCONNECT MARINE UK LTD., | IN ADMIRALTY |
| Plaintiff, | No. 3:19-cv-06166 |
| v. | **[PROPOSED] ORDER AUTHORIZING ARREST OF VESSEL** |
| M/V COREFORTUNE OL (IMO No. 9511014), its engines, tackle and apparel, etc. | |
| Defendant *IN REM*. | |

THIS MATTER came before this Court on Plaintiff OceanConnect Marine UK, Ltd.'s ("Plaintiff") Emergency Motion to Issue Warrant for Arrest of Vessel. This Court has reviewed the files and records herein, including specifically, Plaintiff's Emergency Motion to Issue Warrant for Arrest of Vessel, supporting declaration of Mary C. Butler, and the Verified Complaint and attached exhibits (Dkt. 1).

Being fully advised on this matter, this Court HEREBY FINDS that Plaintiff has an action *in rem* against the Defendant Vessel M/V COREFORTUNE OL, IMO No. 9511014, in the approximate amount as alleged, and that there is sufficient reason to believe that said vessel is or will be within this district and the jurisdiction of this Court, that conditions for an

ORDER AUTHORIZING ARREST OF VESSEL – Page 1
Case No. 3:19-cv-06166
{29318-00567750;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

action *in rem* appear to exist pursuant to Fed. R. Civ. P. Supplemental Rule C (3), it is HEREBY ORDERED that the arrest of the vessel M/V COREFORTUNE OL, IMO No. 9511014 is authorized, and the Clerk of the Court is authorized to issue a warrant for arrest of the vessel M/V COREFORTUNE OL, IMO No. 9511014.

DATED this ___ day of December 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LE GROS BUCHANAN & PAUL

*s/ Eric R. McVittie*
*s/ Mary C. Butler*
Eric R. McVittie, WSBA #20538
Mary C. Butler, WSBA #44855
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Fax: (206) 467-4828
Email: emcvittie@legros.com
mbutler@legros.com

Attorneys for Plaintiff OceanConnect Marine UK Ltd.

ORDER AUTHORIZING ARREST OF VESSEL – Page 2
Case No. 3:19-cv-06166
{29318-00567750;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990