# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| OCEANCONNECT MARINE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> M/V COREFORTUNE OL (IMO No. 9511014), its engines, tackle and apparel, etc. <br><br> Defendant *IN REM*. | IN ADMIRALTY <br><br> No. 3:19-cv-06166 <br><br> **DECLARATION OF MARY C. BUTLER IN SUPPORT OF MOTION TO ISSUE WARRANT FOR ARREST OF VESSEL** |

I, Mary C. Butler, am one of the attorneys for the Plaintiff and am competent to testify to all of the matters contained herein.

1. I have read the Verified Complaint and the exhibits attached thereto (Dkt. No. 1), including but not limited to, the Marine Fuel Nomination, the Sales Terms and Conditions, Bunker Delivery Note, and the Invoice to Dry Bulk, and believe the facts to be true and accurate. In my opinion, this action lies against the vessel M/V COREFORTUNE OL, IMO No. 9511014, *in rem,* under Fed. R. Civ. P. Supplemental Rule C for failure to pay a vessel necessary, namely marine fuel.

DECLARATION OF MARY C. BUTLER – Page 1
Case No. 3:19-cv-06166

{29318-00567749;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

2. The amount of the claim is a good-faith estimate of the loss sustained as a result of Defendant vessel charterer's failure to perform its respective obligations as described in the Verified Complaint.

3. Upon information and belief, the vessel M/V COREFORTUNE OL, IMO No. 9511014, is within or will be in the district, specifically the Vessel is scheduled to arrive at the Port of Longview, Washington on or about December 10, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED this 5th day of December, 2019 at Seattle, Washington.

*s/ Mary C. Butler*
MARY C. BUTLER

DECLARATION OF MARY C. BUTLER – Page 2
Case No. 3:19-cv-06166
{29318-00567749;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990