# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| OCEANCONNECT MARINE UK LTD., | IN ADMIRALTY |
| Plaintiff, | No. 3:19-cv-06166 |
| v. | **EMERGENCY MOTION TO APPOINT SUBSTITUTE CUSTODIAN** |
| M/V COREFORTUNE OL (IMO No. 9511014), its engines, tackle and apparel, etc. | |
| Defendant *IN REM*. | |

Plaintiff OceanConnect Marine UK Ltd. (hereinafter "Plaintiff" or "OceanConnect Marine") respectfully requests an order from this Court appointing Transmarine Navigation Corporation ("Transmarine"), with offices at 1610 C Street, Suite 203, Vancouver, WA 98663, as substitute custodian for the vessel M/V COREFORTUNE OL, IMO No. 9511014.

The grounds for this Motion are as follows:

1. The Verified Complaint filed contemporaneously with this Motion seeks, among other things, the arrest and seizure of the vessel M/V COREFORTUNE OL (IMO No. 9511014) ("the Vessel").

EMERGENCY MOTION TO APPOINT SUBSTITUTE CUSTODIAN – Page 1
Case No. 3:19-cv-06166
{29318-00567752;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

2. Plaintiff has contemporaneously filed an Emergency Motion for Warrant of Arrest. If granted, this Motion directs the Clerk of this Court to issue a Maritime arrest warrant commanding the United States Marshal for this District to arrest and seize the Vessel and to detain the same until further order of this Court. Plaintiff has contacted the United States Marshal to make arrangements for the arrest and seizure of the Vessel forthwith.

3. On information and belief, during the pendency of this action, the Vessel will be at anchorage or moored in the Port of Longview, Washington. Transmarine has agreed to act as substitute custodian and accept possession of the Vessel until further order of this Court, including routine services required for the safekeeping of the Vessel. *See* Declaration of Cale Karrick ("Karrick Decl."). Transmarine charges an initial fee of $1,000.00 plus expenses to effect the arrest and $100.00 per day plus expenses after that. Karrick Decl at ¶ 4. These proposed charges and expenses are substantially less than leaving the Vessel in the custody of the U.S. Marshal. *Id.*

4. If necessary, Transmarine will have the Vessel shifted back to anchor until the suit is resolved. Vessel movement and normal operations, including but not limited to, scheduled loading and unloading operations within the waters of this District will be allowed to continue.

5. Transmarine has knowledge of the requirements of this Court's Supplementary Admiralty Rule, LAR 135 (Custody of Property). *Id.* at ¶ 2.

6. Transmarine has no interest in the outcome of this action in which the property will be under arrest. *Id.* at ¶ 3.

7. Transmarine seeks permission to move the Vessel to another location after arrest, if necessary. *Id.* at ¶ 5.

EMERGENCY MOTION TO APPOINT SUBSTITUTE CUSTODIAN – Page 2
Case No. 3:19-cv-06166
{29318-00567752;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

8. Transmarine will not allow persons (other than Transmarine and its agents) to enter upon the property except as necessary for adequate safe-keeping and protection of the property. *Id. at ¶* 5.

9. Transmarine indicates that it has adequate experience, facilities and supervision for the proper safekeeping of the Vessel, and that its possesses insurance adequate to respond in damages for loss or injury to the Vessel or for damages sustained by third parties due to any acts, faults or negligence by said substitute custodian. *Id.* at ¶¶ 1, 4, 5. Further, substitute custodian accepts, in accordance with the terms of this Motion, possession of the Vessel, its engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging, which is the subject of the action herein. *Id.* at ¶ 7.

10. Plaintiff agrees to release the United States and the United States Marshal from any and all liability and responsibility arising out of care and custody of the Vessel from the time the United States Marshal transfers possession of the Vessel over to said substitute custodian, and said Plaintiff further agrees to hold harmless and indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping of the Vessel. This agreement to release, indemnify, and hold harmless includes, but is not limited to, any liability and responsibility arising from crewmembers living aboard the Vessel and with regard to repairs to and testing of the Vessel, its engines and equipment. Furthermore, Plaintiff agrees to pay for the fees of the substitute custodian and for any moorage/anchorage charges.

/ / /

/ / /

/ / /

EMERGENCY MOTION TO APPOINT SUBSTITUTE CUSTODIAN – Page 3
Case No. 3:19-cv-06166
{29318-00567752;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1 | DATED this 5th day of December, 2019.

LE GROS, BUCHANAN & PAUL

By: *s/ Eric R. McVittie*
By: *s/ Mary C. Butler*
    ERIC R. MCVITTIE WSBA #20538
    MARY C. BUTLER WSBA #44855
    4025 Delridge Way SW, Suite 500
    Seattle, Washington 98106-1271
    Phone: 206-623-4990
    Facsimile: 206-467-4828
    Email: emcvittie@legros.com
    Email: mbutler@legros.com

    Attorneys for Plaintiff OceanConnect Marine UK Ltd.

EMERGENCY MOTION TO APPOINT SUBSTITUTE CUSTODIAN – Page 4
Case No. 3:19-cv-06166
{29318-00567752;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990