# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| OCEANCONNECT MARINE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> M/V COREFORTUNE OL (IMO No. 9511014), its engines, tackle and apparel, etc. <br><br> Defendant *IN REM*. | IN ADMIRALTY <br><br> No. 3:19-cv-06166 <br><br> **DECLARATION OF CALE KARRICK IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT SUBSTITUTE CUSTODIAN** |

I, Cale Karrick., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the District Manager of Transmarine Navigation Corporation located at 1610 C Street, Suite 203, Vancouver, WA 98663. I have 19 years of experience as vessel agent, and I have previously served as the U.S. Marshal's substitute custodian for vessels under arrest in the Western District of Washington.

2. I have read Local Admiralty Rule 135 pertaining to the custody of property and am familiar with its provisions.

DECLARATION OF CALE KARRICK - Page 1
{29318-00567760;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

3. I am not a party to this action and have no interest in the outcome of this action in which the vessel M/V COREOFRTUNE OL, IMO No. 9511014 ("Vessel"), is or will be under arrest.

4. I am also familiar with the Vessel's size, type, construction material, and apparent condition, and I have access to adequate facilities and supervision for and can safely keep the same in place of the United States Marshal during the pendency of suit herein and until further Order of this Court.  In this regard, I will provide legal liability insurance and perform the normal and customary custodial services for the Vessel, including attending mooring lines, bilge pumping as necessary, and providing locks and security, and guarding during its custodianship.  We will charge an initial fee of $1,000.00 plus expenses to affect the arrest and $100.00 per day plus expenses after that.

5. If not paid directly by the Vessel, Transmarine will charge moorage at the rate currently charged at its present location.  The total charge for said services will be less than those charged by the United States Marshal for providing such services through professional keepers.  I will provide these services and keep the Vessel secure at its current location, unless I determine that the Vessel should be moved in order to safeguard and protect the Vessel, or minimize expenses and/or maximize the sale price of the Vessel.  In the event the Vessel needs to be moved, we will notify the U.S. Marshal's office prior to movement and after it has been secured.

6. I am a beneficiary of a Marine General Liability Insurance Policy (Policy No. HO19LIA00544502) issued by Navigator's Insurance Company with limits of $2,000,000.00 for damage sustained by third parties due to negligence committed during said custody.

DECLARATION OF CALE KARRICK - Page 2
{29318-00567760;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

7. On behalf of Transmarine, I agree to accept substitute custodianship of the Vessel, its engines, machinery, and appurtenances, etc., in accordance with the Order Appointing Substitute Custodian.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 5th day of December, 2019.

_____
CALE KARRICK
DISTRICT MANAGER
TRANSMARINE NAVIGATION CORP.

DECLARATION OF CALE KARRICK - Page 3
{29318-00567760;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990