1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| OCEANCONNECT MARINE UK LTD., | IN ADMIRALTY |
| Plaintiff, | No. 3:19-cv-06166 |
| v. | **ORDER AUTHORIZING ARREST OF VESSEL** |
| M/V COREFORTUNE OL (IMO No. 9511014), its engines, tackle and apparel, etc. | |
| Defendant *IN REM*. | |

THIS MATTER came before this Court on Plaintiff OceanConnect Marine UK, Ltd.'s ("Plaintiff") Emergency Motion to Issue Warrant for Arrest of Vessel.  This Court has reviewed the files and records herein, including specifically, Plaintiff's Emergency Motion to Issue Warrant for Arrest of Vessel, supporting declaration of Mary C. Butler, and the Verified Complaint and attached exhibits (Dkt. 1).

Being fully advised on this matter, this Court HEREBY FINDS that Plaintiff has an action *in rem* against the Defendant Vessel M/V COREFORTUNE OL, IMO No. 9511014, in the approximate amount as alleged, and that there is sufficient reason to believe that said vessel is or will be within this district and the jurisdiction of this Court, that conditions for an

ORDER AUTHORIZING ARREST OF VESSEL – Page 1
Case No. 3:19-cv-06166
{29318-00567750;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

1   action *in rem* appear to exist pursuant to Fed. R. Civ. P. Supplemental Rule C (3), it is

2   HEREBY ORDERED that the arrest of the vessel M/V COREFORTUNE OL, IMO No.

3   9511014 is authorized, and the Clerk of the Court is authorized to issue a warrant for arrest of

4   the vessel M/V COREFORTUNE OL, IMO No. 9511014.

5   DATED this _5_ day of December 2019.

7   _____
    UNITED STATES DISTRICT COURT JUDGE

9   Presented by:

    LE GROS BUCHANAN & PAUL

11  *s/ Eric R. McVittie*
    *s/ Mary C. Butler*
    Eric R. McVittie, WSBA #20538
12  Mary C. Butler, WSBA #44855
    4025 Delridge Way SW, Suite 500
13  Seattle, WA 98106-1271
    Phone: (206) 623-4990
14  Fax: (206) 467-4828
    Email: emcvittie@legros.com
15  mbutler@legros.com

16  Attorneys for Plaintiff OceanConnect Marine UK Ltd.

ORDER AUTHORIZING ARREST OF VESSEL – Page 2
Case No. 3:19-cv-06166
{29318-00567750;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990