# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| OCEANCONNECT MARINE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> M/V COREFORTUNE OL (IMO No. 9511014), its engines, tackle and apparel, etc. <br><br> Defendant *IN REM*. | IN ADMIRALTY <br><br> No. 3:19-cv-06166-RBL <br><br> ***IN REM* WARRANT FOR ARREST OF THE VESSEL M/V COREFORTUNE OL, IMO. NO. 9511014** |

TO THE U.S. MARSHAL FOR THE WESTERN DISTRICT OF WASHINGTON:

GREETINGS:

WHEREAS, a Verified Complaint *in rem* has been filed against the Defendant Vessel M/V COREFORTUNE OL, IMO No. 9511014, its engines, tackle, and apparel, etc. ("Vessel") upon an admiralty and maritime claim for breach of contract and unjust enrichment establishing a maritime lien; the Verified Complaint prays for the issuance of a warrant for the arrest of the Vessel and her appurtenances; and that the Vessel and her appurtenances may, for the causes stated in the Verified Complaint in this matter, be sold to pay the demands of the Plaintiff.

*IN REM* WARRANT FOR ARREST OF THE VESSEL M/V
COREFORTUNE OL, IMO. NO. 9511014 – Page 1
Case No. 3:19-cv-06166
{29318-00567751;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

WHEREAS, this Court entered an Order Authorizing Arrest of Vessel;

**YOU ARE HEREBY COMMANDED** in accordance with Fed. R. Civ. P. Supplemental Rule C ("Supplemental Rule C") and Local Admiralty Rules 110, 116, and, to arrest the Vessel, M/V COREFORTUNE OL, IMO No. 9511014, its engines, tackle, and apparel, etc. and to detain the same in your custody until further order of this Court. You must also give notice of the arrest to all persons upon whom notice is required by Fed. R. Civ. P. Supplemental Rule C(4), including publication of notice in the Daily Journal of Commerce as provided for in Supplemental Rule C(4) and Local Admiralty Rule 125. You are also required to serve a copy of the Order Authorizing Arrest of Vessel upon the master or other person having possession of the Defendant Vessel; and

**YOU ARE FURTHER COMMANDED** to file this process in this Court with your return promptly after execution thereof.

DATED this 6th day of December 2019.

_____
Clerk, United States District Court

IN REM WARRANT FOR ARREST OF THE VESSEL M/V
COREFORTUNE OL, IMO. NO. 9511014 – Page 2
Case No. 3:19-cv-06166
{29318-00567751;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990